IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| THERESA SAND-SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | CV 17-0004-BLG-SPW<br><br>ORDER |

Defendant Liberty Life Assurance Company of Boston moves for the admission of Iwana Rademaekers to practice before the Court in the above captioned matter with Mary E. Duncan of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Defendant Liberty Life Assurance Company of Boston's application to admit Iwana Rademaekers to appear *pro hac vice* (Doc. 2) is **GRANTED** and she is authorized to appear as counsel with Mary E. Duncan pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 9th day of January, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1