IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
FEB 21 2017
Clerk, U.S. District Court
District Of Montana
Billings

| THERESA SAND-SMITH, | CV 17-0004-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendant. | |

Pursuant to the parties' Joint Rule 26(f) Report on Discovery Plan (Doc. 13), and finding good cause therein,

IT IS HEREBY ORDERED that the preliminary pretrial conference now scheduled for March 3, 2017 at 10:00 a.m. as well as the February 24, 2017 deadlines for the parties' preliminary pretrial statements and their statement of stipulated facts are **VACATED** until the Court rules on the pending Motion to Dismiss (Doc. 8) and Motion to Remand (Doc. 10).

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 21st day of February, 2017.

SUSAN P. WATTERS
United States District Judge

1