IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THERESA SAND-SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | CV 17-0004-BLG-SPW<br><br>ORDER |

Upon the Defendant's Unopposed Motion for Leave to Appear Via Telephone for the Hearing on Plaintiff's Motion to Remand (Doc. 19), and for good cause appearing,

IT IS HEREBY ORDERED that defendant's motion is **GRANTED**. Iwana Rademaekers, Lead Counsel for Defendant, shall appear via telephone for the motion hearing set on **Monday, March 13, 2017 at 1:30 p.m.**, in the Snowy Mountains Courtroom of the James F. Battin Courthouse, Billings, Montana. Local Counsel, Mary E. Duncan, shall appear in person.

IT IS FURTHER ORDERED that lead counsel for Defendant shall make the arrangements for the appearance via telephone by contacting the Court's IT personnel, Cecil Chandler at (406) 247-2323 or Michael Cuthbert at (406) 697-2171.

1

FURTHER, the Clerk of Court is directed to provide counsel and IT personnel with a copy of this Order.

DATED this 7th day of March, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge