

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THERESA SAND-SMITH, | CV 17-0004-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendant. | |

The Court granted Plaintiff Sand-Smith summary judgment on September 20, 2017. (Doc. 47). Sand-Smith filed a timely motion for attorney fees on September 29, 2017. (Doc. 48). Pursuant to Federal Rule of Civil Procedure 58(e), the Court orders Sand-Smith's motion for attorney fees has the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Federal Rule of Civil Procedure 59.

DATED this 6th day of October, 2017.

SUSAN P. WATTERS
United States District Judge