IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
OCT 23 2017
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| THERESA SAND-SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | CV 17-0004-BLG-SPW<br><br>JUDGMENT |

In conformity with this Court's Orders granting Plaintiff Sand-Smith's motion for summary judgment (Doc. 47) and motion for attorney fees (Doc. 51),

IT IS HEREBY ORDERED that judgment is entered in favor of Theresa Sand-Smith against Liberty Life Assurance Company of Boston. The clerk is directed to close the case.

DATED this 23 day of October, 2017.

SUSAN P. WATTERS
United States District Judge